THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELE J. BARKE,<br><br>                    Plaintiff,<br><br>vs.<br><br>MIKE FERGUSON, JASON SLAKTER, ORIN HIRSCHMAN, THOMAS RIEDHAMMER, JUNE S. ALMENOFF, NEUBASE THERAPEUTICS, INC., and OHR ACQUISITION CORP.,<br><br>                    Defendants. | Civil Action No: 1:19-cv-02445 |

**NOTICE OF VOLUNTARY DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Because Defendants have filed neither an answer nor a motion for summary judgment in the Action, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: May 20, 2019

**GAINEY McKENNA & EGLESTON**

By: */s/ Thomas J. McKenna*____
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South
New York, NY  10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Attorneys for Plaintiff*

1